SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758

TELEPHONE:     (916) 485-3516
FAX:           (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff, SCOTT N. JOHNSON

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>JAMES A. DALTON, et al.,<br><br>            Defendants.<br>_____/ | **Case No.: 2:10-cv-01955-WBS-EFB**<br><br>**STIPULATED DISMISSAL OF DEFENDANT DICK'S FULLER PAINTS INCORPORATED AND ~~Proposed~~ ORDER**<br><br>Complaint Filed: JULY 22, 2010<br><br>CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS |

     IT IS HEREBY STIPULATED by Plaintiff, Scott N. Johnson, and Defendant, Dick's Fuller Paints Incorporated, by and through their respective designated counsel of record (Scott N. Johnson; J. D. Sullivan) that Defendant (Dick's Fuller Paints Incorporated only) be and is hereby dismissed WITH PREJUDICE pursuant to FRCP 41(a)(2). This case is to remain open at to the remaining Defendants who are not dismissed hereby.

Dated: November 1, 2010                    DISABLED ACCESS PREVENTS INJURY, INC.

                                           /s/Scott N. Johnson

                                           SCOTT N. JOHNSON
                                           Attorney for Plaintiff

1 | Dated:  November 1, 2010         SULLIVAN LAW

          /s/ J. D. Sullivan

          J.D. SULLIVAN
          Attorney for Defendant, Dick's Fuller Paints
          Incorporated

7 | IT IS SO ORDERED that Defendant, Dick's Fuller Paints Incorporated only, is hereby dismissed WITH PREJUDICE pursuant to FRCP 41 (a)(2).  This case is to remain open as to the remaining Defendants.

12 | Dated:  November 3, 2010

          _____
          WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE

- 2 -

**CERTIFICATE OF ELECTRONIC SERVICE AND ATTESTATION TO CONSENT**

The undersigned Filing User hereby certifies that the within document was served upon all parties who have appeared in this action, through their counsel of record herein, who are each Filing Users under the court's ECF system. The undersigned also attests that each Filing User, whose electronic signature appears above, has consented to the foregoing.

Dated:  November 1, 2010               SULLIVAN LAW

/s/ J. D. Sullivan

J.D. SULLIVAN
Attorney for Defendant, Dick's Fuller Paints Incorporated