SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>    vs.<br><br>James A. Dalton, et al<br><br>            Defendants | Case No. **2:10-cv-01955-WBS-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF JAMES A. DALTON**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS HEREBY ORDERED THAT Defendant James A. Dalton is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date: March 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE