**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" STREET**
**SACRAMENTO, CA  95814**

**Scott N. Johnson**

**DEFAULT JUDGMENT**

**v.**

**Case No. CIV S-10-1955-WBS-EFB**

**James A. Dalton, et al.**

_____

**IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED in the amount of $8,000.00 against defendant:

**Matthew A. Johnson**

July 14, 2011

VICTORIA C. MINOR, CLERK

By: \_\_/s/ K. Zignago\_\_
K. Zignago, Deputy Clerk